EGGLESTON v. BIRMINGHAM TRUST & SAVINGS CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 28, 1921.) No. 3704. Appeal from the District Court of the United States for the Southern Division of the Northern District of Alabama; Henry D. Clayton, Judge. Involuntary bankruptcy proceedings against the Grocers' Baking Company. An order of the referee sustaining the claim of the Birmingham Trust & Savings Company was confirmed by the District Court (266 Fed. 900), and the trustee appeals. Affirmed. Sterling A. Wood and William S. Pritchard, both of Birmingham, Ala., for appellant. Edward H. Cabaniss, of Birmingham, Ala. (Cabaniss, Johnston, Cocke & Cabaniss, of Birmingham, Ala., on the brief), for appellees. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The opinion rendered by the District Judge, reported in 266 Fed. 900, contains a complete statement of facts and disposes of all the objections urged here in accordance with our views. The decree appealed from is therefore affirmed.

---

EVERETT v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 16, 1921.) No. 5820. In Error to the District Court of the United States for the Eastern District of Arkansas. Berry H. Randolph and Arthur Cobb, both of Hot Springs, Ark., for plaintiff in error.

PER CURIAM. Judgment reversed, without costs to either party in this court, per stipulation, on confession of error by counsel for defendant in error.

---

GOOD v. BUSCH et al. (Circuit Court of Appeals, Eighth Circuit. May 10, 1921.) No. 5773. In Error to the District Court of the United States for the District of Nebraska. David A. Fitch, of Omaha, Neb., and J. W. Kridelbaugh, of Chariton, Iowa, for plaintiff in error. J. A. Douglas and F. S. Howell, both of Omaha, Neb., for defendants in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendants in error.

---

GRAND RAPIDS SAVINGS BANK v. FEDERAL LIFE INS. CO. (Circuit Court of Appeals, Sixth Circuit. December 12, 1921.) No. 3570. Appeal from the District Court of the United States for the Southern Division of the Western District of Michigan; Sessions, Judge. Wicks, Fuller & Starr, of Grand Rapids, Mich., for appellant. Norris, McPherson, Harrington & Waer and Knappen, Uhl & Bryant, all of Grand Rapids, Mich., for appellee.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

GROGAN v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 19, 1921.) No. 33. In Error to the District Court of the United States for the Southern District of New York. Robert Grogan was convicted of conspiracy to violate the National Motor Vehicle Theft Act, and he brings error. Affirmed. William J. Fallon, of New York City, for plaintiff in error. William Hayward and Francis G. Caffey, U. S. Attys., both of New York City (John H. Joyce, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

HANDEL CO. v. JEFFERSON GLASS CO. et al. (Circuit Court of Appeals, Fourth Circuit. November 1, 1921.) No. 1898. Appeal from the District Court of the United States for the Northern District of West Virginia, at Wheeling; Alston G. Dayton, Judge. Suit in equity by the Jefferson Glass Company and the Jefferson Company against the Handel Company. Decree for complainants, and defendant appeals. Affirmed, on opinion of District